■ BERNARD L. DOLAN, JR., et al., Appellants, v BUFFALO

News, Division of Berkshire Hathaway, Inc., Respondent.—
Order insofar as appealed from unanimously reversed on the
law without costs and motion denied. Memorandum: The court
should have denied defendant's motion seeking partial sum-
mary judgment dismissing plaintiffs' defamation action on the
ground that defendant's reply to the Consumer Fraud Bureau
of the State Attorney-General's Office was subject to an abso-
lute privilege. We conclude that communications made to the
Attorney-General's Office enjoy a qualified rather than an
absolute privilege. The Attorney-General does not act in a
judicial or quasi-judicial capacity because, although he investi-
gates allegedly fraudulent or illegal acts, he must seek en-
forcement in court *(see,* Executive Law § 63 [12]; *Toker v
Pollak,* 44 NY2d 211, 222; *Grossman v Fieland,* 107 AD2d 659;
*cf., Mancini v Marine Midland Bank,* 185 AD2d 682, *lv denied*
80 NY2d 760; *Herzfeld & Stern v Beck,* 175 AD2d 689, *lv
dismissed* 79 NY2d 914; *Missick v Big V Supermarkets,* 115
AD2d 808, *appeal dismissed* 67 NY2d 938; *Stilsing Elec. v
Joyce,* 113 AD2d 353). We do not consider defendant's argu-
ment that it is entitled to summary judgment on the issue of
qualified privilege because it was not raised at Supreme Court.
(Appeal from Order of Supreme Court, Niagara County, Kos-
hian, J.—Dismiss Complaint.) Present—Callahan, J. P., Pine,
Lawton, Boehm and Davis, JJ.